UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CAJUN KLEEN PRODUCTS, LLC | CIVIL ACTION NO. |
| VERSUS | JUDGE JAMES |
| PAUL RIDER, PROFESSIONAL CAR PRODUCTS, LLC, AND RODNEY POTTS, JR. | MAGISTRATE JUDGE HAYES |

# Exhibit A to Complaint

# Invoice

# NORTHEAST TRUCK & TRAILER PARTS

Serving the Transportation Industry

**Monroe Location:**
1611 Martin Luther King Dr.
Monroe, LA 71202
(318) 323-6676 . (800) 888-2515
Fax (318) 323-4227

**Winnfield Location:**
5847 Hwy 167 North
Winnfield, LA 71483
(318) 628-6368 . (888) 628-6368
Fax (318) 628-6188

**Rapides Truck & Trailer Parts**
3100 Baldwin Avenue
Alexandria, LA 71301
(318) 443-1028 . (800) 443-1571
Fax (318) 443-6668

Remit all payments to 1611 Martin Luther King Drive - Monroe, LA 71202
THANK YOU FOR YOUR BUSINESS

SOLD TO: CASH SALE TRUCK PARTS
LA 71202

SHIP TO:

CUST NO: 100150
TERMS: CASH/CHECK/BANKCARD
RESALE NO:
APPLY TO:
REFERENCE: ORDR # 614306
JOB NO: 000
DEL. DATE: 1/14/16

PAGE NO 1
DATE: 1/14/16    TIME: 9:57
CLERK: SC        TERMINAL: 555
SALESPERSON: H  HOUSE ACCOUNT
TAX: 001  CITY OF MONORE

**INVOICE: G14306/1**

| # | MFG | PART NUMBER | ORDERED | SHIPPED | BKO | SUGG | NET | NET CORE | EXT. AMOUNT | |
|---|-----|-------------|---------|---------|-----|------|-----|----------|-------------|---|
| 1 | ACI | 1CB         | 2       | 2       |     |      | 13.95 |        | 27.90       | C |
|   |     | 1 GAL. CAJUN BROWN | | | | | | | | |
| 2 | ACI | 5CB         | 2       | 2       |     |      | 56.67 |        | 113.34      | C |
|   |     | 5 GAL. CAJUN BROWN | | | | | | | | |

TAXABLE      141.24                                    SUB-TOTAL    141.24
NON-TAXABLE    0.00
              ** PAID IN FULL **          155.35
                                                       SUBTOTAL     141.24
              CASH PAYMENT                155.35
                                                       TAX AMOUNT    14.11
TOT WT: 0.00                                           **TOTAL**    155.35



X _____
          Received By

# NORTHEAST TRUCK & TRAILER PARTS

| Monroe Location: | Winnfield Location: | Rapides Truck & Trailer Parts |
|---|---|---|
| 1611 Martin Luther King Dr. | 5847 Hwy 167 North | 3100 Baldwin Avenue |
| Monroe, LA 71202 | Winnfield, LA 71483 | Alexandria, LA 71301 |
| (318) 323-6676 . (800) 888-2515 | (318) 628-6368 . (888) 628-6368 | (318) 443-1028 . (800) 443-1571 |
| Fax (318) 323-4227 | Fax (318) 628-6188 | Fax (318) 443-6668 |

Remit all payments to 1611 Martin Luther King Drive · Monroe, LA 71202
**THANK YOU FOR YOUR BUSINESS**

PAGE NO 1

**SOLD TO:** CASH SALE TRUCK PARTS
LA 71202

**SHIP TO:**

CUST NO: 100150
TERMS: CASH/CHECK/BANKCARD
RESALE NO:
APPLY TO:
REFERENCE: ORDR # 614344
JOB NO: 000
DEL. DATE: 1/14/16

DATE: 1/14/16
CLERK: SC
SALESPERSON: H  HOUSE ACCOUNT
TAX: 001  CITY OF MONORE

TIME: 2:55
TERMINAL: 555

## INVOICE: G14344/1

| MFG | PART NUMBER | ORDERED | SHIPPED | BKO | SUGG | NET | NET CORE | EXT. AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 1 ACI | 1CBLD<br>1 GAL CAJUN BLUE | 2 | 2 | | | 13.34 | | 26.68 | C |

TAXABLE        26.68
NON-TAXABLE     0.00

** PAID IN FULL **

CASH PAYMENT                29.35

SUB-TOTAL     26.68

SUBTOTAL      26.68
TAX AMOUNT     2.67
**TOTAL       29.35**

TOT WT: 0.00

X _____
Received By

