IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CAJUN KLEEN PRODUCTS, LLC** | **CIVIL ACTION NO. 16-0062** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PAUL RIDER, PROFESSIONAL CAR PRODUCTS, LLC, AND RODNEY POTTS, JR.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

Based on the factual allegations contained in Plaintiff Cajun Kleen Products, LLC's ("Cajun Kleen") verified Complaint [Doc. No. 1] and the Application for Temporary Restraining Order [Doc. No. 2], which is properly supported by an affidavit, the Court finds that Cajun Kleen has satisfied the requirements of Federal Rule of Civil Procedure 65(b) and shown that immediate injury, loss, or damage will result before Defendants can be heard in opposition. Accordingly,

IT IS HEREBY ORDERED that Cajun Kleen's Application for a Temporary Restraining Order [Doc. No. 2] is GRANTED. Defendants Paul Rider, Professional Car Products, LLC, and Rodney Potts, Jr., as well as any of their officers, agents, servants, employees, attorneys, or any other persons who are in active concert or participation with them are hereby ENJOINED from (1) disclosing any trade secret of Cajun Kleen, including but not limited to any formula, recipe, or list of ingredients for any product manufactured, sold, or owned by Cajun Kleen to any person, for any reason, under any circumstance; (2) stating or implying to anyone that they have knowledge of any trade secret of Cajun Kleen; and (3) disclosing to any person that they have or

have ever had knowledge of Cajun Kleen's trade secrets, until this order is expressly rescinded by this Court.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Cajun Kleen shall file a bond of $2,500.00 as security with the Clerk of Court no later than Tuesday, January 19, 2016.

IT IS FURTHER ORDERED that a telephone status conference is set for Tuesday, January 19, 2016, at 11:30 a.m., before the undersigned. The Court will provide call-in information to Cajun Kleen's counsel. Counsel is responsible for providing the information to Defendants.

MONROE, LOUISIANA, this 15th day of January, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE