UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CAJUN KLEEN PRODUCTS, LLC** | **CIVIL ACTION NO. 16-0062** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PAUL RIDER, PROFESSIONAL CAR PRODUCTS, LLC, AND RODNEY POTTS, JR.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

After a review of the entire record in this matter, including the Report and Recommendation of the Magistrate Judge [Doc. No. 52], objections of Cajun Kleen Products, LLC ("Cajun Kleen") [Doc. No. 53], and responses of Professional Car Products, LLC ("PCP") and Rodney Potts, Jr. ("Potts") [Doc. No. 54], for the reasons stated in the Report and Recommendation to the extent adopted by the Court and for those additional reasons stated in the Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant-in-Counterclaim Wess McCurdy's Motion to Dismiss [Doc. No. 30] is GRANTED, and the counterclaim against him is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the counterclaim against Plaintiff and Defendant-in-Counterclaim Cajun Kleen is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Cajun Kleen's Special Motion to Strike [Doc. No. 29] is DENIED AS MOOT.

MONROE, LOUISIANA, this 9th day of August, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE